IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____

| | |
|---|---|
| WISAM RIZK, | : |
| Plaintiff. | : Civ. No. 22-5692 (RMB-) |
| v. | : **MEMORANDUM ORDER** |
| ALEJANDRO MAYORKAS, et al., | : |
| Defendants. | : |

_____

IT APPEARING THAT:

1. Plaintiff submitted a letter request for access to a PACER [Public Access to Court Electronic Records] account, and for permission to electronically file documents in the Court. (ECF No. 17-4.)

2. Local Civil Rule 5.2(4) provides that "[a] party who is not represented by counsel must file documents with the Clerk as a Paper Filing." Only pro se parties who are not incarcerated are eligible for access to receive documents from the Court electronically. *Id.* Finally, this Court does not manage PACER accounts.[1] Therefore, Petitioner's request will be **DENIED.**

**IT IS** therefore on this **1st day of June 2023**,

---

[1] [1] Information about PACER, is available at https://pacer.uscourts.gov/

**ORDERED** that Plaintiff's letter request for filing or receiving electronic documents from the Court is **DENIED**; and Plaintiff's request for PACER account access is **DENIED** (Docket No. 17-4); and it is further

**ORDERED** that the Clerk shall serve a copy of this Order on Plaintiff by regular U.S. mail.

<u>s/Renée Marie Bumb</u>
RENÉE MARIE BUMB
United States District Judge